UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************************

UNITED STATES OF AMERICA,

        Petitioner,

v.

                                      Civil Action No. 18-mc- *18*

                                            *LEK/CFH*

FRANK J. MOYER,

        Respondent.
*****************************************

## ORDER TO SHOW CAUSE

Upon the petition herein, together with the exhibits attached thereto, and upon motion of GRANT C. JAQUITH, United States Attorney for the Northern District of New York, THOMAS SPINA, JR., Assistant United States Attorney, of counsel, it is

**ORDERED**, that the above-named respondent appear before the United States District Court for the Northern District of New York, at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, on the _____ day of _____, 2018, at _____ a.m., or as soon thereafter as counsel can be heard, to show cause why the respondent should not be compelled to obey the Internal Revenue Service Summonses served upon the respondent on October 6, 2017, by Revenue Officer Alan Tabakman; and it is further

**ORDERED**, that a copy of this Order, together with the petition, exhibits, and other attachments, be served upon the respondent by the United States Marshal, or in the alternative, by the District Director of the Internal Revenue Service or his authorized employee, on or before _____, 2018; and it is further

**ORDERED**, that the respondent shall file and serve any responsive papers on or before

1

_____, 2018; and it is further

**ORDERED**, that any and all subsequent pleadings or papers filed herein by petitioner (not including any arrest order) may be served upon the respondent/taxpayer in accordance with FED. R. CIV. P. 5.

Dated: _____, 2018
      Albany, New York

_____
U.S. District Judge